UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Cook County MHD

Arnold Roberts
Plaintife

VS

Salvador Gadinez / John Mueller
Dr. Ali / Jean Kiriazes

**FILED**
12-17-2010
DEC 17 2010
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NUMBER
Num 09-CV-478

Honorable Judge
Matthew F Kennelly

## Motion For Summons-Judgment on The Two That hasn't Answer The Summons

I  Mr Arnold Roberts N51458 AT Ill River have Filed Four Summons to Salvador Gadinez, John Mueller, Dr. Ali and Jean Kiriazes And only The Frist Two Name has Answer and sent Receipt But The last Two Name has not Them being The DR over All DR at Cook County Jail and The Director over Cermak I havent hear Back so Judge I

See That The other Two was Service Date 6-2-10 Hoover And I send All Four on The Date 4-19-10 So Judge All Four has had Time To Answer Because Salvador Godinez And John Mueller Answer There The Director over The hold Cook county Jail The First one hear And The next one Is The Director of Grievances This Are The only Two who answer Through The State Attorney Nicholas Scouffas. So Judge I AM Asking For A Ruleing under The Rule 181 Law of Summons Answer with In A Timely Matter So Judge I hope you will See That I AM being held up on going on With This Case So I would hope you would Rule In Favor on my behalf because This Two are not doing what best For The Court To make A Full Rule over All

So Honorable Judge I'll look and hope To hear soon

Subscribed and sworn to before me this 10th day of December, 2010.

Notary Public

OFFICIAL SEAL
DON A. BURKHART
Notary Public - State of Illinois
My Commission Expires Aug 22, 2012

Sign _____

Date 12-10-10

ID N51458 Ill River