**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Arnold Roberts
                      Plaintiff,

v.                                     Case No.: 1:09–cv–00478
                                            Honorable Matthew F. Kennelly

Salvdor Godinez, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 27, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly:Status hearing held with plaintiff participating by telephone and new counsel appearing in person for defendants. New counsel was unaware of the status of discussions with the court's staff attorney's office regarding service of summons on defendant Kiriazes. The case is set for a status hearing on 10/3/11 at 9:30 a.m. Both new counsel and previous counsel Mr. Scouffas are directed to appear and are to produce at or before that time the current or last known address for defendant Kiriazes. The case is set for a scheduling conference on 11/7/11 at 9:30 a.m. Defense counsel is directed to make arrangements for plaintiff to appear by telephone.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.